AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LAWRENCE RUBENSTEIN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-20243 |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., and UNITED BEHAVIORAL HEALTH, INC. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITEDHEALTHCARE INSURANCE COMPANY, INC.
c/o CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE, FL 32399-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Frank R. Rodriguez, Esq.
Rodriguez Tramont & Nuñez, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/22/2018



Steven M. Larimore
Clerk of Court



s/ Randi Marks
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LAWRENCE RUBENSTEIN<br><br>*Plaintiff(s)*<br>v.<br>UNITEDHEALTHCARE INSURANCE COMPANY, INC., and UNITED BEHAVIORAL HEALTH, INC.<br><br>*Defendant(s)* | Civil Action No. 18-cv-20243 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED BEHAVIORAL HEALTH, INC.
c/o CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Frank R. Rodriguez, Esq.
Rodriguez Tramont & Nuñez, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/22/2018



Steven M. Larimore
Clerk of Court

s/ Randi Marks
Deputy Clerk
U.S. District Courts

SUMMONS