UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20243-UU

LAWRENCE RUBENSTEIN,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE
COMPANY, INC., *et al*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On January 19, 2018, Plaintiff filed their Complaint D.E. 1. As of January 30, 2018, Plaintiff has yet to file an affidavit of service as to Defendant. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing as to his efforts in effecting service on Defendant by **Wednesday, February 7, 2018**. Alternatively, Plaintiff may file a verified return of service on Defendant by such date. **Failure to respond to this Order will result in dismissal of this action against Defendant Stuart Boyd without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of January, 2018.

*/s/ Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record