UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:18-cv-20243-UU

LAWRENCE RUBENSTEIN

      Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE
COMPANY, INC., and UNITED
BEHAVIORAL HEALTH, INC.,

      Defendant.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, UNITEDHEALTHCARE INSURANCE COMPANY, INC., and UNITED BEHAVIORAL HEALTH, INC., ("Defendants"), by and through their undersigned counsel, hereby files this Unopposed Motion for Extension of Time within which to respond to Plaintiff's Complaint and states as follows:

1. On January 31, 2018, Plaintiff served his Complaint on Defendants requiring service of a response on or before February 21, 2018.

2. However, due to a heavy work load and the fact that undersigned counsel will be in Melbourne next week for trial, Defendants require additional time to review and investigate the allegations.

3. Defendants therefore requests a two-week extension to respond to the Complaint through and until March 7, 2018.

4. This request is not being made for the purpose of delay, but is based on the foregoing factors.

5. Pursuant to Local Rule 7.1(a)(3), Defendant has conferred with Plaintiff's counsel, and he is in agreement with the enlargement through March 7, 2018.

WHEREFORE, Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, respectfully moves the Court for an enlargement of time as set forth above, and for all other relief that it deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2018, I have electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on, Frank R. Rodriguez, Esq. (frr@rtgn-law.com), Rodriguez Tramont & Nuñez P.A., 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134, Telephone: (305) 350-2300, Facsimile: (305) 350-2525, counsel for Plaintiff, in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> s/ Shari Gerson
> SHARI GERSON
> Florida Bar No.  17035
> GRAY ROBINSON, P.A.
> Email:  Shari.Gerson@Gray-Robinson.com
> 401 East Las Olas Boulevard, Suite 1000
> Fort Lauderdale, Florida  33301
> Telephone:  954-761-8111
> Facsimile:  954-761-8112
> Counsel for Defendant