**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:18-cv-20243-UU

LAWRENCE RUBENSTEIN,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE
COMPANY, INC., et al.,

    Defendants.
_____

## ORDER ON EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendants' Motion for Extension of (the "Motion"), D.E. 8.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On January 31, 2018, Plaintiff served its Complaint against Defendant such that response is due on February 21, 2018. D.E. 1. On February 15, 2018, Defendant filed the instant Motion seeking a two-week extension of time until March 7, 2018 to file its response. D.E. 8.

Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. Defendants fall short of demonstrating good cause required for the lengthy extension requested, and the Motion is denied.

In support of the Motion, Defendants' counsel states that she has a "heavy work load" and notes that she will be in Melbourne (presumably Australia) next week for a trial. D.E. 8 at 1. Defendants' counsel's rationales are not good cause for an extension nor "excusable neglect" under Federal Rule of Civil Procedure 6(b). Defendants' counsel is responsible for planning and

maintaining his docket to ensure that she is able to adequately represent all of her clients. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 8, is DENIED in PART and GRANTED in Part. Defendants SHALL FILE their response to Plaintiff's Complaint by **Friday, February 23, 2018**. **Failure to respond to Plaintiff's Complaint may result in a clerk's entry of default being entered against Defendant.**

DONE AND ORDERED in Chambers at Miami, Florida, this 20th__ day of February, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record